FILED
CLERK, U.S. DISTRICT COURT

OCT - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: 12-2333 M
            )
    Plaintiff,  )
            )
vs.         ) ORDER OF DETENTION AFTER HEARING
            ) [Fed.R.Crim.P. 32.1(a)(6);
ANTONIO ZEPEDA    ) 18 U.S.C. 3143(a)]
            )
    Defendant.  )
            )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the S. DIST. CAL. for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on alleged failure to attend ct-ordered counseling, failure to drug test; no verified background info or bail resources

1
2
3
4        and/or

5   B.   ( )  The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on:_____
10       _____
11       _____
12       _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:     10/9/12
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28